# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Juan Franco-Orozco DEFENDANT(S). | CASE NUMBER 2:16-MJ-00285 |
|---|---|
| | **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |

Upon motion of __defendant__ , IT IS ORDERED that a detention hearing is set for __04/21/16__ , _____ , at __3:00__  ☐ a.m. / ☒ p.m. before the Honorable __SHERI PYM__ , in Courtroom __4 - 3rd Floor__ .

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
_(Other custodial officer)_

Dated: 4-19-16                    SHERI PYM
                                  ~~U.S. District Judge~~/Magistrate Judge

---

**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT**

CR-66 (10/97)                                                                   Page 1 of 1